# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA SAUCEDA, *individually and as successor in interest to the estate of Delores Sauceda, Decedent*,<br><br>Plaintiff,<br><br>v.<br><br>MCGUIRE PHYSICAL THERAPY, INC.,<br><br>Defendant. | Case No.  1:26-cv-00986-JLT-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE STATUS REPORT REGARDING READINESS FOR SCHEDULING CONFERENCE<br><br>**DEADLINE: MARCH 10, 2025** |

On November 5, 2025, Plaintiff commenced this action in California Superior Court, Fresno County.  (ECF No. 1.)  On February 4, 2026, Defendant removed the action to this Court, indicating that it was served on January 5, 2026.  (Id.)  The initial scheduling conference is currently set for April 23, 2026.  (ECF No. 2.)

Upon review of the notice of removal and the docket, it appears that Defendant has not answered or otherwise responded to the complaint.  See Fed. R. Civ. P. 81(c).  Generally, the Court will not conduct an initial scheduling conference without all defendants appearing and answering.  Because Defendant initiated the removal of the action to the Eastern District of California, the Court will direct Defendant to file a status report regarding the status of its answer and readiness to proceed with the initial scheduling conference.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that **on or before March 10, 2026**, Defendant shall file a status report indicating the status of its responsive pleading and whether Defendant is prepared to hold the initial scheduling conference.  Should it be necessary, Defendant may concurrently file a stipulation regarding the late filing of any answer or responsive pleading.

IT IS SO ORDERED.

Dated:    **March 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge