# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA SAUCEDA, *individually and as successor in interest to the estate of Delores Sauceda, Decedent*,<br><br>Plaintiff,<br><br>v.<br><br>MCGUIRE PHYSICAL THERAPY, INC.,<br><br>Defendant. | Case No. 1:26-cv-00986-JLT-SAB<br><br>ORDER GRANTING MOTION FOR ENTRY *NUNC PRO TUNC* CORRECTING NAMES OF PLAINTIFFS<br><br>(ECF No. 11) |

Pending before the Court is Plaintiff's motion to correct the names of Plaintiffs in the caption and record of this action. The time to file an opposition has expired, and Defendant has filed none. Thus, the Court takes the matter under submission and issues this order without a hearing. L.R. 230(g).

Plaintiff requests that the Court enter an order *nunc pro tunc* correcting the names of the plaintiffs in the caption and record of this action. The complaint named Decedent as "Delores Sauceda" and described Plaintiff as appearing "as beneficiary for" Decedent. However, Plaintiff now avers that Decedent's true and correct legal name is "Dolores Sauceda", and Plaintiff appears in this action individually and as successor in interest to the Estate of Dolores Sauceda. Plaintiff explains that the misspelling of Decedent's name and the imprecise description of Plaintiff's capacity were clerical errors. Plaintiff does not seek to alter any judicial ruling, to add any new party, or to change the substance of the claims pleaded; Plaintiff seeks only to make the

record speak the truth and conform to the parties' original submission.

Upon consideration, including that Defendant did not oppose, the Court finds good cause to grant the motion. In particular, Plaintiff seeks to cure only a clerical error, which the Court has inherent authority to correct. Moreover, given that Defendant did not file an opposition, the Court cannot find that there would be any prejudice to Defendant.[1]

Accordingly, the Court hereby ORDERS:

1. Plaintiff's motion for entry of order *nunc pro tunc* correcting names of Plaintiffs is GRANTED (ECF No. 11);
2. The December 2, 2026 hearing on this motion is VACATED;
3. The caption and record of this action are corrected *nunc pro tunc* to November 7, 2025, to identify Decedent by her true and correct legal name, "Dolores Sauceda," wherever the name "Delores Sauceda" appears;
4. The Court DIRECTS the Clerk of the Court to update the caption and record of this action to identify Plaintiff as "Rebecca Sauceda, *individually and as successor in interest to the Estate of Dolores Sauceda, Decedent*." This is corrected *nunc pro tunc* to November 7, 2025;
5. These corrections are clerical in nature and do not add or substitute any party or alter the substance of the claims pleaded.

IT IS SO ORDERED.

Dated: **November 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] Given the administrative nature of this motion, and that Defendant did not oppose, the Court urges the parties to seek stipulations on administrative issues wherever possible. Indeed, Plaintiff did not include a description of any meet-and-confer efforts, which is a requirement when filing a motion in cases before the Hon. Jennifer L. Thurston. (ECF No. 2-1.) Going forward, the parties shall be expected to comply with this requirement.